# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| PHILLIPS, TEENOPAL | § § | Case No. 13-47456 PSH |
| Debtor(s) | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/CATHERINE STEEGE_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-47456 PSH Judge: PAMELA S. HOLLIS | Trustee Name: CATHERINE STEEGE |
| Case Name: | PHILLIPS, TEENOPAL | Date Filed (f) or Converted (c): 12/11/13 (f) |
| | | 341(a) Meeting Date: 07/17/14 |
| For Period Ending: | 06/18/15 | Claims Bar Date: 10/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1125 North Taylor Ave, Oak Park, IL | 215,000.00 | 200,000.00 | | 215,000.00 | 0.00 |
| 2. TCF Checking Account | 19,530.00 | 15,530.28 | | 19,530.28 | FA |
| 3. Household Goods | Unknown | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | Unknown | 0.00 | | 0.00 | FA |
| 5. 2 fur coats | Unknown | 0.00 | | 0.00 | FA |
| 6. Action Against Linda Lowe | Unknown | 0.00 | | 15,849.22 | FA |
| 7. American Modern Insurance Refund (u) Refund of monies paid on 2/25/14 [check # 3001] re House Insurance. | 0.00 | 1,660.93 | | 0.00 | FA |
| 8. 2012 Property Tax Refund (u) | 0.00 | 7,497.74 | | 7,497.74 | FA |
| 9. 2013 Tax Refund (u) | 0.00 | 933.00 | | 933.00 | FA |
| 10. 2013 Property Tax Refund-certificate of error fund (u) | 0.00 | 1,983.32 | | 1,983.32 | FA |
| 11. 2011 US Tax Refund (u) | Unknown | 902.00 | | 902.00 | FA |
| 12. 2010 US Tax Refund (u) | 0.00 | 515.31 | | 515.31 | FA |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-47456 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|
| Case Name: | PHILLIPS, TEENOPAL | | | Date Filed (f) or Converted (c): | 12/11/13 (f) |
| | | | | 341(a) Meeting Date: | 07/17/14 |
| | | | | Claims Bar Date: | 10/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $234,530.00 | $229,022.58 | | $262,210.87 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 13-47456 -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | PHILLIPS, TEENOPAL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9305 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | | |
| For Period Ending: | 06/18/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/25/14 | 2 | TCF National Bank<br>801 Marquette Avenue<br>Minneapolis, MN 55402-3475 | Money from bank account | 1129-000 | 19,530.28 | | 19,530.28 |
| 02/25/14 | 003001 | AMERICAN MODERN SELECT INSURANCE COMPANY<br>PO BOX 5323<br>CINCINNATI, OH 45201-5323 | House Insurance | 2990-000 | | 2,197.00 | 17,333.28 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 17,323.28 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.38 | 17,296.90 |
| 05/05/14 | 003002 | Metro Junk Removal | Remove property from house for sale to close | 2990-000 | | 1,650.00 | 15,646.90 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.89 | 15,622.01 |
| 05/09/14 | 1 | WIRE IN RECEIVED FROM STEWART TITLE RE SALE OF HOUSE<br>1125 N. TAYLOR ST., OAK PARK, IL<br><br>FIRST MIDWEST BANK<br><br>WEICHERT REALTORS BROKERS COMMISSIO<br><br>REAL ESTATE TAXES | SALE OF HOUSE<br>Bank Serial #:<br>  Memo Amount: 215,000.00<br>SALE OF HOUSE<br>  Memo Amount: ( 61,252.39 )<br>FIRST MIDWEST BANK<br>  Memo Amount: ( 10,750.00 )<br>Weichert Realtors Brokers Comm.<br>  Memo Amount: ( 7,610.02 )<br>Real Estate Taxes | <br><br>1110-000<br><br>4110-000<br><br>3510-000<br><br>2820-000 | 130,538.97 | | 146,160.98 |

Page Subtotals    150,069.25    3,908.27

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-47456 -PSH | Trustee Name: | CATHERINE STEEGE |
| Case Name: | PHILLIPS, TEENOPAL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9305 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | |
| For Period Ending: | 06/18/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SURVEY | Memo Amount: ( 485.00 ) Survey | 2500-000 | | | |
| | | WATER BILL | Memo Amount: ( 100.62 ) Water Bill | 2500-000 | | | |
| | | OAK PARK TRANSFER STAMPS | Memo Amount: ( 1,720.00 ) Oak Park Transfer Stamps | 2500-000 | | | |
| | | TITLE CHARGES | Memo Amount: ( 2,170.50 ) Title Charges | 2500-000 | | | |
| | | RECORDING FEES | Memo Amount: ( 372.50 ) Recording Fees | 2500-000 | | | |
| 06/05/14 | | AMERICAN MODERN SELECT INS CO. PO BOX 5323 CINCINNATI, OH 45201-5323 | Home Insurance Refund | 2990-000 | | -1,660.93 | 147,821.91 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 167.73 | 147,654.18 |
| 07/08/14 | 8 | COOK COUNTY PUBLIC GUARDIAN 69 W. WASHINGTON, SUITE 700 CHICAGO, IL 60602 | 2012 Property Tax Refund | 1224-000 | 7,497.74 | | 155,151.92 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 212.10 | 154,939.82 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 227.84 | 154,711.98 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 230.01 | 154,481.97 |
| 09/12/14 | 003003 | ESTATE OF TEENOPAL PHILLIPS, DISABLED PERSON | Partial Payment Homestead Exemption | 8100-000 | | 7,594.16 | 146,887.81 |

Page Subtotals  7,497.74  6,770.91

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 13-47456 -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | PHILLIPS, TEENOPAL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9305  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | | |
| For Period Ending: | 06/18/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/25/14 | 9 | UNITED STATES TREASURY<br>c/o COOK COUNTY PUBLIC GUARDIAN | 2013 Tax Refund | 1224-000 | 933.00 | | 147,820.81 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 217.08 | 147,603.73 |
| 11/05/14 | 10 | COOK COUNTY PUBLIC GUARDIAN<br>69 W. WASHINGTON, SUITE 700<br>CHICAGO, IL 60602 | 2013 PROPERTY TAX REFUND | 1224-000 | 1,983.32 | | 149,587.05 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 219.45 | 149,367.60 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 214.53 | 149,153.07 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 221.73 | 148,931.34 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 221.43 | 148,709.91 |
| 02/09/15 | 11 | COOK COUNTY PUBLIC GUARDIAN<br>69 W. WASHINGTON, SUITE 700<br>CHICAGO, IL 60602 | 2011 US TAX REFUND | 1224-000 | 902.00 | | 149,611.91 |
| 03/06/15 | 12 | COOK COUNTY PUBLIC GUARDIAN | 2010 US TAX REFUND | 1224-000 | 515.31 | | 150,127.22 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 200.56 | 149,926.66 |
| 03/18/15 | 003004 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET, ROOM 965<br>NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | 90.31 | 149,836.35 |

Page Subtotals        4,333.63        1,385.09

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 13-47456 -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | PHILLIPS, TEENOPAL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9305  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | | |
| For Period Ending: | 06/18/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 222.76 | 149,613.59 |
| 04/13/15 | 6 | COOK COUNTY PUBLIC GUARDIAN<br>69 W. WASHINGTON, SUITE 700<br>CHICAGO, IL 60602 | PROCEEDS FROM SURETY FOR LINDA LOWE | 1149-000 | 15,849.22 | | 165,462.81 |
| 05/01/15 | 003005 | ILLINOIS DEPARTMENT OF REVENUE<br>SPRINGFIELD, IL 62794-9053 | 2014 INCOME TAX | 2820-000 | | 264.00 | 165,198.81 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 229.03 | 164,969.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 215,000.00 | | COLUMN TOTALS | 177,749.84 | 12,780.06 | 164,969.78 |
| Memo Allocation Disbursements: | 84,461.03 | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 177,749.84 | 12,780.06 | |
| Memo Allocation Net: | 130,538.97 | | Less: Payments to Debtors | | 7,594.16 | |
| | | | Net | 177,749.84 | 5,185.90 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 215,000.00 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 84,461.03 | | Checking Account (Non-Interest Earn - ********9305 | 177,749.84 | 5,185.90 | 164,969.78 |
| Total Memo Allocation Net: | 130,538.97 | | | 177,749.84 | 5,185.90 | 164,969.78 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     15,849.22     715.79

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 13-47456 -PSH | Trustee Name: | CATHERINE STEEGE |
| Case Name: | PHILLIPS, TEENOPAL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9305  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | |
| For Period Ending: | 06/18/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 18, 2015 |
|---|---|---|---|---|---|---|

Case Number:   13-47456  
Debtor Name:   PHILLIPS, TEENOPAL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3310-00 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $1,705.65 | $1,705.65 |
| 001<br>3110-00 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $8,114.49 | $8,114.49 |
| 999<br>8200-00 | TEENOPAL PHILLIPS<br>THE RENAISSANCE AT MIDWAY, INC.<br>4437 S. CICERO AVENUE<br>CHICAGO, IL  60632 | Unsecured | | $0.00 | $0.00 | $68,210.72 |
| 000001<br>070<br>7100-00 | THE RENAISSANCE AT MIDWAY, INC.<br>ANDREW BAUMANN<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Unsecured | (1-1) HEALTH CARE SERVICES<br>(1-1) &lt;B&gt;MODIFIED TO CORRECT CREDITOR'S ADDRESS (MODIFIED ON 5/22/2014)CM&lt;/B&gt; | $0.00 | $68,384.40 | $68,384.40 |
| 000002<br>070<br>7100-00 | ELLEN E. DOUGLASS<br>53 W. JACKSON BLVD., SUITE 1009<br>CHICAGO, IL 60604 | Unsecured | | $0.00 | $5,837.50 | $5,837.50 |
| | Case Totals: | | | $0.00 | $84,042.04 | $152,252.76 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-47456 PSH
Case Name: PHILLIPS, TEENOPAL
Trustee Name: CATHERINE STEEGE

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | THE RENAISSANCE AT MIDWAY, INC. ANDREW BAUMANN 200 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO, IL 60606 | $ | $ | $ |
| 000002 | ELLEN E. DOUGLASS 53 W. JACKSON BLVD., SUITE 1009 CHICAGO, IL 60604 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of     % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $        . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $        .