## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **TEENOPAL PHILLIPS,** | ) | Case No. 13-47456 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

## <u>NOTICE OF MOTION</u>

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, July 21, 2015, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Pamela S. Hollis at the Courtroom usually occupied by her, Room 644, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and present the attached **First and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses**, at which time and place you may appear if you so desire.

CATHERINE STEEGE not individually but as Chapter 7 Trustee for Teenopal Phillips

By: ___/s/ *Catherine Steege*_____
One of Her Attorneys

Catherine Steege (06183529)
John D. VanDeventer (6315809)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone 312-923-2952
Facsimile: 312-840-7352

Dated: June 19, 2015

## <u>CERTIFICATE OF SERVICE</u>

I, Catherine Steege, an attorney, certify that on June 19, 2015, I served the foregoing

**Notice of Motion** and the **First and Final Application of Alan D. Lasko & Associates, P.C.**

**for Allowance of Compensation and Expenses** on the parties on the attached Service List by

ECF or First Class U.S. Mail, as indicated.

    /s/ *Catherine Steege*
        Catherine Steege

## <u>SERVICE LIST</u>
(13-47456)

<u>VIA ECF NOTIFCATION</u>:

- Andrew Baumann     abaumann@carlsondash.com, mcastro@carlsondash.com
- Michael N Burke     bk_il_notice@fisherandshapirolaw.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Jason T Mayer     jmayer@salawus.com, jadams@salawus.com
- Catherine L Steege     csteege@jenner.com, docketing@jenner.com
- Catherine L. Steege     csteege@jenner.com, csteege@ecf.epiqsystems.com
- Catherine L. Steege     csteege@jenner.com, csteege@ecf.epiqsystems.com

<u>VIA U.S. MAIL</u>:

| | |
|---|---|
| Teenopal Phillips<br>The Renaissance At Midway, Inc.<br>4437 S. Cicero Avenue<br>Chicago, IL  60632 | Ari B. Kirshner, Esq.<br>Assoc. General Counsel<br>The Renaissance at Midway, Inc.<br>7257 N. Lincolnwood Avenue<br>Lincolnwood, IL  60712 |
| William Hackney<br>SmithAmundsen LLC<br>150 N Michigan Ave, Suite 3300<br>Chicago, IL 60601<br>(847) - 4553836 Ext. | Amy Kessler<br>Cook County Public Guardian<br>69 W. Washington St., 7th Floor<br>Chicago, IL  60602 |
| Midfirst Bank<br>Attn:  Legal Dept.<br>401 N. Michigan<br>Chicago, IL  60611 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Teenopal Phillips Bankruptcy Estate** | ) | No. 13 B 47456 |
| | ) | |
| 46-7312573 | ) | Chapter 7 |
| **Debtor** | ) | |
| | ) | Hon. Pamela S. Hollis |

**FIRST AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES**

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified
Public Accountants, request first and final compensation of $1,690.03 and expenses of $15.62
for the time period from March 17, 2015 through May 9, 2015. A detail is provided herein for
the Estate, which identifies by subject matter the services performed by the Applicant.
Additional detail is provided to reflect the function and individual performing said services.
Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is
the Affidavit pursuant to Bankruptcy Rule 2016.


**INTRODUCTION**


This Court has jurisdiction over this First and Final Fee Application pursuant to 28 U.S.C. §
1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is
proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 7 on or about December 11 2013. A Trustee was subsequently appointed. On March 17, 2015, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's 2014 income tax returns.

## FEE APPLICATION

The fees sought by this First and Final Fee Application reflect an aggregate of 15.5 hours of ADLPC's time spent and recorded in performing services during the First and Final Compensation Period. This fee request does not include time that might be construed as

2

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

### BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

### BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

       Cost               __$119.80__

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $  284.00 | $    56.80 |
| C. Wilson, Staff | 1.0 | 63.00 | 63.00 |
|  | 1.2 |  | $    119.80 |

### TAX PREPARATION

The Applicant incurred 14.3 hours in the preparation of the Estate's 2014 workpapers and year-end tax returns.

The work also included the following:

- Summarized Trustee's Forms 2.
- Reviewed Bankruptcy Schedules.
- Reviewed data related to basis of residence sold and calculated gain/loss.
- Estimated time to prepare Estate's final information tax returns and cover letter to Trustee.

       Cost               __$1,744.70__

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

A recap of compensation for this category is as follows:

| | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 2.3 | $ 280.00 | $ 644.00 |
| D. Konomidis, Tax Supervisor | 0.1 | 220.00 | 22.00 |
| K. Seyller, Senior (Post 05/01/15) | 0.3 | 142.00 | 42.60 |
| K. Seyller, Senior (Pre 05/01/15) | 1.9 | 128.00 | 243.20 |
| R. Berenguer, Staff | 0.3 | 81.00 | 24.30 |
| B. Zhu, Staff (Post 05/01/15) | 1.2 | 87.00 | 104.40 |
| B. Zhu, Staff (Pre 05/01/15) | 8.2 | 81.00 | 664.20 |
| | 14.3 | | $ 1,744.70 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $275 | - | $284 |
| Manager/Director | 220 | - | 275 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first and final fee period are as follows:

5

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

| Recap by Project | First and Final Application | | Voluntary Reduction | | Net | |
|---|---|---|---|---|---|---|
| Billing | $ | 119.80 | $ | - | $ | 119.80 |
| Tax Preparation | | 1,744.70 | | (174.47) | | 1,570.23 |
| Net Request | $ | 1,864.50 | $ | (174.47) | $ | 1,690.03 |

| Recap by Hour | Hours | Amount | | Blended Rate | |
|---|---|---|---|---|---|
| Billing | 1.2 | $ | 119.80 | $ | 99.83 |
| Tax Preparation – Net | 14.3 | | 1,570.23 | $ | 109.81 |
| | 15.5 | $ | 1,690.03 | $ | 109.03 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | Tax Preparation | |
|---|---|---|
| Delivery | $ | 5.52 |
| Copy Costs | | 10.10 |
| | $ | 15.62 |

6

### TEENOPAL PHILLIPS BANKRUPTCY ESTATE

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)  the time spent on such services;
>
> (B)  the rates charged for such services;
>
> (C)  whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

7

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  As shown by this First and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.  In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the First and Final compensation sought herein for the Compensation Period is warranted.

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $1,690.03 and expenses of $15.62 should be allowed for services by your Applicant for the period March 17, 2015 through May 9, 2015.


_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Teenopal Phillips Bankruptcy Estate** | ) | **No. 13 B 47456** |
| | ) | |
| 46-7312573 | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Pamela S. Hollis** |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

**STATE OF ILLINOIS)**
**COUNTY OF COOK )**                **SS.**

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.  I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Catherine Steege, Chapter 7 Trustee in this case ("Trustee").

2.  I have read the First and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.  Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _____ day of May, 2015.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

10

**<u>EXHIBIT A</u>**

**<u>ORDER OF EMPLOYMENT</u>**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    13-47456 |
| TEENOPAL PHILLIPS, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Pamela S Hollis |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO RETAIN ACCOUNTANTS

THIS MATTER COMING TO BE HEARD upon the Trustee's Motion to Retain Accountants (the "Motion") (capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion); the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b); (iii) the relief requested in the Motion is in the best interests of the Debtor, her estate, and its creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of relief as set forth herein,

IT IS HEREBY ORDERED that:

1. The Trustee is hereby authorized, pursuant to section 327 of the Bankruptcy Code to retain Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. as her accountants in the above-captioned case.

2. Compensation of Alan D. Lasko & Associates, P.C. for services rendered and reimbursement of expenses incurred in connection with its representation of the Trustee shall be pursuant to applications to be submitted to and approved by this Court from time to time during the pendency of the above-captioned chapter 7 case, or pursuant to other orders of this Court.

3. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter:    _Pamela S Hollis_

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  March 17, 2015

**Prepared by:**

Catherine Steege (06183529)
John D. VanDeventer (6315809)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone 312-923-2952
Facsimile: 312-840-7352

**EXHIBIT B**

**PERSONNEL**

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

The following represents a description of the primary individuals in this engagement.

### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 29 years. He brings his 39 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

### Karen Seyller – Senior

Ms. Seyller has worked on various insolvency and litigation matters for over a year. She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work. Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons. Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years. Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company. Ms. Seyller has a

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

Bachelor's Degree in Accounting from Saint Xavier University. She has completed her work at John Marshall Law School.

### Rafael D. Berenguer – Staff

Mr. Berenguer is a staff accountant performing accounting and tax services. Mr. Berenguer has a Bachelor's and Master's Degree in Accounting from the University of Illinois at Chicago. Mr. Berenguer is currently taking the various parts of the CPA examination.

### Bin Zhu – Staff

Mr. Zhu is a staff accountant performing accounting and tax services. Mr. Zhu has a Bachelor's and Master's Degree in Accounting from Missouri State University. Mr. Zhu has recently completed the CPA examination.

**EXHIBIT C**

**STAFF LEVELS**

## TEENOPAL PHILLIPS BANKRUPTCY ESTATE

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

Alan D  Lasko & Associates, P C
Pre-bill Worksheet

---

Selection Criteria

---

| Clie Selection | Include  Phillips Teenop 002, Phillips Teenop 012 |
|---|---|

---

Nickname        Phillips Teenop 002 | 4740
Full Name       Teenopal Phillips Bankruptcy Estate
Address         c/o Catherine Steege, Trustee
                353 N  Clark Street
                Chicago IL 60654-3456

Phone 1                         Phone 2
Phone 3                         Phone 4
In Ref To       tax preparation
Fees Arrg       By billing value on each slip
Expense Arrg    By billing value on each slip
Tax Profile     Exempt
Last bill
Last charge     5/2/2015
Last payment                    Amount      $0 00

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/15/2015<br>135508 | D  Konomidis<br>800 | 220 00 | 0 10 | 22.00 | Billable |
| | reviewed 2014 extensions | | | | |
| 4/15/2015<br>135550 | R  Berenguer<br>800 | 81 00 | 0 30 | 24 30 | Billable |
| | Preparation of 2014 extension | | | | |
| 4/21/2015<br>135744 | A  Lasko<br>800 | 280 00 | 0 40 | 112 00 | Billable |
| | review of file and set up staff for 2014 estate tax work | | | | |
| 4/21/2015<br>135763 | B  Zhu<br>800 | 81 00 | 1 60 | 129 60 | Billable |
| | Preparation of work papers for tax return 2014 | | | | |
| 4/22/2015<br>135772 | A  Lasko<br>800 | 280 00 | 0 20 | 56 00 | Billable |
| | assist staff with changes to be made from data received | | | | |
| 4/22/2015<br>135777 | B  Zhu<br>800 | 81 00 | 3 90 | 315 90 | Billable |
| | Preparation of work papers and tax return for 2014 | | | | |
| 4/23/2015<br>135800 | B  Zhu<br>800 | 81 00 | 1 20 | 97 20 | Billable |
| | Preparation of workpapers and tax return for 2014 | | | | |

5/9/2015
11 33 AM

Alan D  Lasko & Associates, P C
Pre-bill Worksheet

Page      2

Phillips Teenop 002 Teenopal Phillips Bankruptcy Estate (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/27/2015<br>135873 | K  Seyller<br>800<br>Reviewed workpapers and TR 2014 | 128 00 | 1 90 | 243 20 | Billable |
| 4/27/2015<br>135874 | B  Zhu<br>800<br>Preparation of workpapers for tax return 2014 | 81 00 | 0 80 | 64 80 | Billable |
| 4/29/2015<br>135924 | A  Lasko<br>800<br>tax review relating to mortgage payoff and unpaid interest calcuation | 280 00 | 0 80 | 224 00 | Billable |
| 4/29/2015<br>135925 | B  Zhu<br>800<br>Preparation of workpapers and tax return for 2014 | 81 00 | 0 70 | 56 70 | Billable |
| 4/29/2015<br>135935 | A  Lasko<br>800<br>review of corrections to workpapers and tax returns - 2014 | 280 00 | 0 30 | 84 00 | Billable |
| 4/29/2015<br>135936 | A  Lasko<br>800<br>prepared irs 60 day letter for 2014 | 280 00 | 0 20 | 56 00 | Billable |
| 4/29/2015<br>135937 | A  Lasko<br>800<br>sign off of federal and state tax returns and irs 60 day copy and letter - 2014 | 280 00 | 0 40 | 112 00 | Billable |
| 5/2/2015<br>136137 | B  Zhu<br>800<br>Estimated time to prepare estate's final information tax returns and cover letter to trustee | 87 00 | 1 20 | 104 40 | Billable |
| 5/2/2015<br>136138 | K  Seyller<br>800<br>Estimated time to review estate's final informaiton tax returns and cover letter to trustee | 142 00 | 0 30 | 42 60 | Billable |

| TOTAL | Billable Fees | | 14 30 | | $1,744 70 |

5/9/2015
11 33 AM

**Alan D Lasko & Associates, P.C**
Pre-bill Worksheet

Page   3

Phillips Teenop 002 Teenopal Phillips Bankruptcy Estate (continued)

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---------|--------------|----------------|----------|--------|-------|
| 4/29/2015 135947 | C  Wilson 115 | 10 10 | 1 000 | 10 10 | Billable |
| | Photocopy costs for 2014 Forms 1041 income tax returns - 101 pages @ $ 10 per page | | | | |
| 4/30/2015 135948 | C  Wilson 116 | 5 52 | 1 000 | 5 52 | Billable |
| | Delivery of 2014 Forms 1041 income tax returns to Catherine Steege - tracking #931290 | | | | |

| TOTAL | Billable Costs | | | | $15 62 |
|-------|----------------|--|--|--|--------|

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|--------|-------|
| Fees Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable time slips | $1,744 70 | |
| Total of Fees (Time Charges) | | $1,744 70 |
| Costs Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable expense slips | $15 62 | |
| Total of Costs (Expense Charges) | | $15 62 |
| Total new charges | | $1,760 32 |
| New Balance Current | $1,760 32 | |
| Total New Balance | | $1,760 32 |

**<u>EXHIBIT D-2</u>**

**<u>BILLING TIME</u>**

5/9/2015                              Alan D  Lasko & Associates, P C
11 33 AM                                   Pre-bill Worksheet                                      Page      4

Nickname           Phillips Teenop 012 | 4741
Full Name          Teenopal Phillips Bankruptcy Estate
Address            c/o Catherine Steege, Trustee
                   353 N  Clark Street
                   Chicago IL 60654-3456

Phone 1                              Phone 2
Phone 3                              Phone 4
In Ref To          fee petition
Fees Arrg          By billing value on each slip
Expense Arrg       By billing value on each slip
Tax Profile        Exempt
Last bill
Last charge        5/9/2015
Last payment                         Amount      $0 00

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/9/2015 136178 | C  Wilson 800 | 63 00 | 1 00 | 63 00 | Billable |
|  | Prepared fee petition |  |  |  |  |
| 5/9/2015 136179 | A  Lasko 800 | 284 00 | 0 20 | 56 80 | Billable |
|  | prepared fee petition |  |  |  |  |
| TOTAL | Billable Fees |  | 1 20 |  | $119 80 |

Total of billable expense slips                                                                $0 00

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips By billing value on each slip |  |  |
| Total of billable time slips | $119 80 |  |
| Total of Fees (Time Charges) |  | $119 80 |
| Total of Costs (Expense Charges) |  | $0 00 |
| Total new charges |  | $119 80 |
| New Balance Current | $119 80 |  |

5/9/2015
11 33 AM

Alan D  Lasko & Associates, P C
Pre-bill Worksheet

Page      5

Phillips Teenop 012 Teenopal Phillips Bankruptcy Estate (continued)

| | Amount | Total |
|---|---|---|
| Total New Balance | | $119 80 |