UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PHILLIPS, TEENOPAL § Case No. 13-47456 PSH
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Clerk of the U. S. Bankruptcy Court
        219 South Dearborn
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, July 21, 2015, in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/19/2015     By: CLERK OF THE U.S. BANKRUPTCY
                                              COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PHILLIPS, TEENOPAL § Case No. 13-47456 PSH
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 262,210.87 |
| and approved disbursements of | $ 97,241.09 |
| leaving a balance on hand of[1] | $ 164,969.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 12,570.30 | $ 0.00 | $ 12,570.30 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 7,065.50 | $ 0.00 | $ 7,065.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 1,048.99 | $ 0.00 | $ 1,048.99 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,690.03 | $ 0.00 | $ 1,690.03 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 15.62 | $ 0.00 | $ 15.62 |
| Total to be paid for chapter 7 administrative expenses | | | $ 22,390.44 |
| Remaining Balance | | | $ 142,579.34 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,221.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | THE RENAISSANCE AT MIDWAY, INC. ANDREW BAUMANN 200 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO, IL 60606 | $ 68,384.40 | $ 0.00 | $ 68,384.40 |
| 000002 | ELLEN E. DOUGLASS 53 W. JACKSON BLVD., SUITE 1009 CHICAGO, IL 60604 | $ 5,837.50 | $ 0.00 | $ 5,837.50 |
| | Total to be paid to timely general unsecured creditors | | $ | 74,221.90 |
| | Remaining Balance | | $ | 68,357.44 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 146.72 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 68,210.72 .

    Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-47456-PSH
Teenopal Phillips                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: adragonet    Page 1 of 1    Date Rcvd: Jun 19, 2015
                    Form ID: pdf006    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2015.
```
db           #+Teenopal Phillips,    The Renaissance At Midway, Inc.,    4437 S. Cicero Avenue,
               Chicago, IL 60632-4333
22170350      +Ellen E. Douglass,    53 W. Jackson Blvd., Suite 1009,    Chicago, IL 60604-3653
22070383      +First Midwest Bank,    3232 W. Reno,    Oklahoma City, OK 73107-6130
22070384     #+Renaissance at Midway,    4437 S. Cicero Avenue,    Chicago, IL 60632-4333
21958529      +The Renaissance at Midway, Inc.,    Andrew Baumann,    216 S. Jefferson Street, Suite 504,
               Chicago, IL 60661-5698
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2015                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2015 at the address(es) listed below:
```
              Andrew  Baumann    on behalf of Petitioning Creditor    The Renaissance at Midway, Inc.
               abaumann@carlsondash.com, mcastro@carlsondash.com
              Catherine L Steege, ESQ    on behalf of Accountant Alan D. Lasko csteege@jenner.com,
               docketing@jenner.com
              Catherine L Steege, ESQ    on behalf of Accountant   Alan D. Lasko & Associates, P.C.
               csteege@jenner.com, docketing@jenner.com
              Catherine L Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               docketing@jenner.com
              Catherine L. Steege, ESQ    csteege@jenner.com,    csteege@ecf.epiqsystems.com
              Catherine L. Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               csteege@ecf.epiqsystems.com
              Jason T Mayer    on behalf of Interested Party    Robert F. Harris, Cook County Public Guardian and
                successor plenary guardian of the estate and person of Teenopal Phillips jmayer@salawus.com,
               jadams@salawus.com
              Jason T Mayer    on behalf of Debtor Teenopal  Phillips jmayer@salawus.com,   jadams@salawus.com
              Michael N Burke    on behalf of Creditor    MidFirst Bank bk_il_notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```