UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| PHILLIPS, TEENOPAL | § § | Case No. 13-47456 |
| Debtor | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 19,000.00 |
| Total Distributions to Claimants: 135,621.01 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 50,784.98 | |

3) Total gross receipts of $ 262,210.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 75,804.88 (see **Exhibit 2**), yielded net receipts of $ 186,405.99 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 61,252.39 | $ 61,252.39 | $ 61,252.39 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 52,490.63 | 52,490.63 | 50,784.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 74,221.90 | 74,221.90 | 74,368.62 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 187,964.92 | $ 187,964.92 | $ 186,405.99 |

4) This case was originally filed under chapter 7 on 12/11/2013 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2015          By:/s/CATHERINE STEEGE
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 215,000.00 |
| TCF Checking Account | 1129-000 | 19,530.28 |
| Action Against Linda Lowe | 1149-000 | 15,849.22 |
| 2012 Property Tax Refund | 1224-000 | 7,497.74 |
| 2013 Tax Refund | 1224-000 | 933.00 |
| 2013 Property Tax Refund-certificate of error | 1224-000 | 1,983.32 |
| 2011 US Tax Refund | 1224-000 | 902.00 |
| 2010 US Tax Refund | 1224-000 | 515.31 |
| **TOTAL GROSS RECEIPTS** | | **$ 262,210.87** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ESTATE OF TEENOPAL PHILLIPS, | Exemptions | 8100-000 | 7,594.16 |
| ESTATE OF TEENOPAL PHILLIPS | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 68,210.72 |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 75,804.88 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIRST MIDWEST BANK | 4110-000 | NA | 61,252.39 | 61,252.39 | 61,252.39 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 61,252.39 | $ 61,252.39 | $ 61,252.39 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | 2100-000 | NA | 12,570.30 | 12,570.30 | 12,570.30 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 90.31 | 90.31 | 90.31 |
| OAK PARK TRANSFER STAMPS | 2500-000 | NA | 1,720.00 | 1,720.00 | 1,720.00 |
| RECORDING FEES | 2500-000 | NA | 372.50 | 372.50 | 372.50 |
| SURVEY | 2500-000 | NA | 485.00 | 485.00 | 485.00 |
| TITLE CHARGES | 2500-000 | NA | 2,170.50 | 2,170.50 | 2,170.50 |
| WATER BILL | 2500-000 | NA | 100.62 | 100.62 | 100.62 |
| ASSOCIATED BANK | 2600-000 | NA | 2,645.52 | 2,645.52 | 2,645.52 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 264.00 | 264.00 | 264.00 |
| REAL ESTATE TAXES | 2820-000 | NA | 7,610.02 | 7,610.02 | 7,610.02 |
| AMERICAN MODERN SELECT INS CO. | 2990-000 | NA | -1,660.93 | -1,660.93 | -1,660.93 |
| AMERICAN MODERN SELECT INSURANCE CO | 2990-000 | NA | 2,197.00 | 2,197.00 | 2,197.00 |
| METRO JUNK REMOVAL | 2990-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| JENNER & BLOCK | 3110-000 | NA | 7,065.50 | 7,065.50 | 7,065.50 |
| JENNER & BLOCK | 3120-000 | NA | 1,048.99 | 1,048.99 | 1,048.99 |
| ALAN D. LASKO | 3310-000 | NA | 1,690.03 | 1,690.03 | 0.00 |
| ALAN D. LASKO | 3320-000 | NA | 15.62 | 15.62 | 0.00 |
| ALAN D. LASKO | 3410-000 | NA | 1,690.03 | 1,690.03 | 1,690.03 |
| ALAN D. LASKO | 3420-000 | NA | 15.62 | 15.62 | 15.62 |
| WEICHERT REALTORS BROKERS COMMISSIO | 3510-000 | NA | 10,750.00 | 10,750.00 | 10,750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 52,490.63 | $ 52,490.63 | $ 50,784.98 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ELLEN E. DOUGLASS | 7100-000 | NA | 5,837.50 | 5,837.50 | 5,837.50 |
| 000001 | THE RENAISSANCE AT MIDWAY, INC. | 7100-000 | NA | 68,384.40 | 68,384.40 | 68,384.40 |
| | ELLEN E. DOUGLASS | 7990-000 | NA | NA | NA | 11.54 |
| | THE RENAISSANCE AT MIDWAY, INC. | 7990-000 | NA | NA | NA | 135.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 74,221.90 | $ 74,221.90 | $ 74,368.62 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 13-47456 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|
| Case Name: | PHILLIPS, TEENOPAL | | | Date Filed (f) or Converted (c): | 12/11/13 (f) |
| | | | | 341(a) Meeting Date: | 07/17/14 |
| For Period Ending: | 11/09/15 | | | Claims Bar Date: | 10/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1125 North Taylor Ave, Oak Park, IL | 215,000.00 | 200,000.00 | | 215,000.00 | FA |
| 2. TCF Checking Account | 19,530.00 | 15,530.28 | | 19,530.28 | FA |
| 3. Household Goods | Unknown | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | Unknown | 0.00 | | 0.00 | FA |
| 5. 2 fur coats | Unknown | 0.00 | | 0.00 | FA |
| 6. Action Against Linda Lowe | Unknown | 0.00 | | 15,849.22 | FA |
| 7. American Modern Insurance Refund (u)   Refund of monies paid on 2/25/14 [check # 3001] re House Insurance. | 0.00 | 1,660.93 | | 0.00 | FA |
| 8. 2012 Property Tax Refund (u) | 0.00 | 7,497.74 | | 7,497.74 | FA |
| 9. 2013 Tax Refund (u) | 0.00 | 933.00 | | 933.00 | FA |
| 10. 2013 Property Tax Refund-certificate of error fund (u) | 0.00 | 1,983.32 | | 1,983.32 | FA |
| 11. 2011 US Tax Refund (u) | Unknown | 902.00 | | 902.00 | FA |
| 12. 2010 US Tax Refund (u) | 0.00 | 515.31 | | 515.31 | FA |

Gross Value of Remaining Assets

LFORM1                                                                                                              Ver: 19.00

UST Form 101-7-TDR (10/1/2010) (Page: 7)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 13-47456   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | PHILLIPS, TEENOPAL | Date Filed (f) or Converted (c): | 12/11/13 (f) |
|  |  | 341(a) Meeting Date: | 07/17/14 |
|  |  | Claims Bar Date: | 10/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $234,530.00 | $229,022.58 |  | $262,210.87 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 06/19/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-47456 -PSH | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | PHILLIPS, TEENOPAL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9305 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | |
| For Period Ending: | 11/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/25/14 | 2 | TCF National Bank<br>801 Marquette Avenue<br>Minneapolis, MN  55402-3475 | Money from bank account | 1129-000 | 19,530.28 | | 19,530.28 |
| 02/25/14 | 003001 | AMERICAN MODERN SELECT INSURANCE COMPANY<br>PO BOX 5323<br>CINCINNATI, OH  45201-5323 | House Insurance | 2990-000 | | 2,197.00 | 17,333.28 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 17,323.28 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.38 | 17,296.90 |
| 05/05/14 | 003002 | Metro Junk Removal | Remove property from house for sale to close | 2990-000 | | 1,650.00 | 15,646.90 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.89 | 15,622.01 |
| 05/09/14 | 1 | WIRE IN RECEIVED FROM STEWART TITLE RE SALE OF HOUSE<br>1125 N. TAYLOR ST., OAK PARK, IL<br><br>FIRST MIDWEST BANK<br><br>WEICHERT REALTORS BROKERS COMMISSIO<br><br>REAL ESTATE TAXES | SALE OF HOUSE<br>Bank Serial #:<br>    Memo Amount:         215,000.00<br>SALE OF HOUSE<br>    Memo Amount:    (    61,252.39 )<br>FIRST MIDWEST BANK<br>    Memo Amount:    (    10,750.00 )<br>Weichert Realtors Brokers Comm.<br>    Memo Amount:    (     7,610.02 )<br>Real Estate Taxes | <br><br>1110-000<br><br>4110-000<br><br>3510-000<br><br>2820-000 | 130,538.97 | | 146,160.98 |

Page Subtotals         150,069.25         3,908.27

Ver: 19.00

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-47456 -PSH | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | PHILLIPS, TEENOPAL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9305 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | |
| For Period Ending: | 11/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SURVEY | Memo Amount: ( 485.00 ) Survey | 2500-000 | | | |
| | | WATER BILL | Memo Amount: ( 100.62 ) Water Bill | 2500-000 | | | |
| | | OAK PARK TRANSFER STAMPS | Memo Amount: ( 1,720.00 ) Oak Park Transfer Stamps | 2500-000 | | | |
| | | TITLE CHARGES | Memo Amount: ( 2,170.50 ) Title Charges | 2500-000 | | | |
| | | RECORDING FEES | Memo Amount: ( 372.50 ) Recording Fees | 2500-000 | | | |
| 06/05/14 | | AMERICAN MODERN SELECT INS CO. PO BOX 5323 CINCINNATI, OH 45201-5323 | Home Insurance Refund | 2990-000 | | -1,660.93 | 147,821.91 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 167.73 | 147,654.18 |
| 07/08/14 | 8 | COOK COUNTY PUBLIC GUARDIAN 69 W. WASHINGTON, SUITE 700 CHICAGO, IL 60602 | 2012 Property Tax Refund | 1224-000 | 7,497.74 | | 155,151.92 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 212.10 | 154,939.82 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 227.84 | 154,711.98 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 230.01 | 154,481.97 |
| 09/12/14 | 003003 | ESTATE OF TEENOPAL PHILLIPS, DISABLED PERSON | Partial Payment Homestead Exemption | 8100-000 | | 7,594.16 | 146,887.81 |

Page Subtotals  7,497.74  6,770.91

Ver: 19.00

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-47456 -PSH | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | PHILLIPS, TEENOPAL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9305 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | | |
| For Period Ending: | 11/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/25/14 | 9 | UNITED STATES TREASURY<br>c/o COOK COUNTY PUBLIC GUARDIAN | 2013 Tax Refund | 1224-000 | 933.00 | | 147,820.81 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 217.08 | 147,603.73 |
| 11/05/14 | 10 | COOK COUNTY PUBLIC GUARDIAN<br>69 W. WASHINGTON, SUITE 700<br>CHICAGO, IL 60602 | 2013 PROPERTY TAX REFUND | 1224-000 | 1,983.32 | | 149,587.05 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 219.45 | 149,367.60 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 214.53 | 149,153.07 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 221.73 | 148,931.34 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 221.43 | 148,709.91 |
| 02/09/15 | 11 | COOK COUNTY PUBLIC GUARDIAN<br>69 W. WASHINGTON, SUITE 700<br>CHICAGO, IL 60602 | 2011 US TAX REFUND | 1224-000 | 902.00 | | 149,611.91 |
| 03/06/15 | 12 | COOK COUNTY PUBLIC GUARDIAN | 2010 US TAX REFUND | 1224-000 | 515.31 | | 150,127.22 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 200.56 | 149,926.66 |
| 03/18/15 | 003004 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET, ROOM 965<br>NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | 90.31 | 149,836.35 |

Page Subtotals 4,333.63 1,385.09

Ver: 19.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-47456 -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | PHILLIPS, TEENOPAL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9305  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | | |
| For Period Ending: | 11/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 222.76 | 149,613.59 |
| 04/13/15 | 6 | COOK COUNTY PUBLIC GUARDIAN<br>69 W. WASHINGTON, SUITE 700<br>CHICAGO, IL 60602 | PROCEEDS FROM SURETY FOR LINDA LOWE | 1149-000 | 15,849.22 | | 165,462.81 |
| 05/01/15 | 003005 | ILLINOIS DEPARTMENT OF REVENUE<br>SPRINGFIELD, IL 62794-9053 | 2014 INCOME TAX | 2820-000 | | 264.00 | 165,198.81 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 229.03 | 164,969.78 |
| 07/22/15 | 003006 | CATHERINE STEEGE, TRUSTEE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | 2100-000 | | 12,570.30 | 152,399.48 |
| 07/22/15 | 003007 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION<br><br>Fees          7,065.50<br>Expenses      1,048.99 | <br><br>3110-000<br>3120-000 | | 8,114.49 | 144,284.99 |
| 07/22/15 | 003008 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606 | FINAL DISTRIBUTION<br><br><br><br>Fees          1,690.03 | <br><br><br><br>3410-000 | | 1,705.65 | 142,579.34 |

Page Subtotals        15,849.22      23,106.23

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-47456 -PSH | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | PHILLIPS, TEENOPAL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9305 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | |
| For Period Ending: | 11/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses        15.62 | 3420-000 | | | |
| 07/22/15 | 003009 | THE RENAISSANCE AT MIDWAY, INC. ATTN: ANDREW BAUMANN 200 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO, IL 60606 | FINAL DISTRIBUTION | | | 68,519.58 | 74,059.76 |
| | | | Claim          68,384.40 | 7100-000 | | | |
| | | | Interest          135.18 | 7990-000 | | | |
| 07/22/15 | 003010 | ELLEN E. DOUGLASS 53 W. JACKSON BLVD., SUITE 1009 CHICAGO, IL 60604 | FINAL DISTRIBUTION | | | 5,849.04 | 68,210.72 |
| | | | Claim           5,837.50 | 7100-000 | | | |
| | | | Interest           11.54 | 7990-000 | | | |
| 07/22/15 | 003011 | ESTATE OF TEENOPAL PHILLIPS c/o COOK COUNTY PUBLIC GUARDIAN 69 W. WASHINGTON, 7TH FLOOR CHICAGO, IL 60602 | Surplus Funds | 8200-000 | | 68,210.72 | 0.00 |

Page Subtotals              0.00         142,579.34

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-47456 -PSH | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- |
| Case Name: | PHILLIPS, TEENOPAL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9305 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2573 | | | |
| For Period Ending: | 11/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 215,000.00 | COLUMN TOTALS | 177,749.84 | 177,749.84 | 0.00 |
| Memo Allocation Disbursements: | 84,461.03 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 177,749.84 | 177,749.84 | |
| Memo Allocation Net: | 130,538.97 | Less: Payments to Debtors | | 75,804.88 | |
| | | Net | 177,749.84 | 101,944.96 | |
| Total Allocation Receipts: | 215,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 84,461.03 | Checking Account (Non-Interest Earn - *******9305 | 177,749.84 | 101,944.96 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 130,538.97 | | 177,749.84 | 101,944.96 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*